FILED

10/25/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0138

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0138

_____

IN RE THE MARRIAGE OF

JACQUELINE STEINMANN,

      Petitioner and Appellee,

  and

BRETT STEINMANN,

      Respondent and Appellant.

ORDER

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Peter B. Ohman, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 25 2023